# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tilley, Jr., Norwood C. | U.S. District Court, MDNC | 06/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

PO Box 3443, Room 303
324 West Market Street
Greensboro, NC 27402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | Wake Forest University School of Law |
| 2. | Director | Chief Justice Joseph Branch Inn (American Inns of Court) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State retirement income from service as an administrator (Davidson County Community College) |
| 2. | 2015 | Land rent (inherited property) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo, 3 IRAs (CDs) | A | Interest | L | T | | | | | |
| 2. First Citizens Bank & Trust IRA | A | Interest | K | T | | | | | |
| 3. MFS Heritage IRA (Mutual), MFS Capital Opportunities Fund | A | Interest | K | T | | | | | |
| 4. First Citizens Bank & Trust Savings Acct | A | Interest | K | T | | | | | |
| 5. Truliant Federal Credit Union Checking Acct | A | Interest | J | T | | | | | |
| 6. First Citizens Bank & Trust Quest Acct | A | Interest | M | T | | | | | |
| 7. NewBridge Bank Checking Acct | A | Interest | J | T | | | | | |
| 8. State Employees Credit Union Money Market Acct | A | Interest | M | T | | | | | |
| 9. Merrill Lynch Investment Acct (H) | | | | | | | | | |
| 10. - Cash | A | Interest | L | T | | | | | |
| 11. - BNC Bancorp | A | Dividend | J | T | | | | | |
| 12. - BB&T Corporation | A | Dividend | J | T | | | | | |
| 13. - Bank of America Corp | A | Dividend | J | T | | | | | |
| 14. - Coca Cola Corn | A | Dividend | K | T | | | | | |
| 15. - Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 16. - Duke Energy Corp New | C | Dividend | L | T | | | | | |
| 17. - Home Depot Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Leggett & Platt Inc. PV1CT | A | Dividend | J | T | | | | | |
| 19. - McDonalds Corp | A | Dividend | J | T | | | | | |
| 20. - PepsiCo Inc | A | Dividend | J | T | | | | | |
| 21. - Pfizer Inc | A | Dividend | J | T | | | | | |
| 22. - Royal Dutch Shel PLC | A | Dividend | J | T | | | | | |
| 23. - NewBridge Bancorp | A | Dividend | L | T | Sold (part) | 12/03/15 | J | D | |
| 24. - Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 25. - Stryker Corp | A | Dividend | J | T | | | | | |
| 26. - Sysco Corporation | A | Dividend | K | T | | | | | |
| 27. - Zoetis Inc | A | Dividend | J | T | | | | | |
| 28. - American Funds - High Income Trust CL A | A | Dividend | J | T | | | | | |
| 29. - American Funds - Bond Fund of America CL A | A | Dividend | J | T | | | | | |
| 30. - American Funds - Capital Income Builder Fund CL A | A | Dividend | J | T | | | | | |
| 31. - American Funds - Capital World Growth & Income Fund CL A | A | Dividend | J | T | | | | | |
| 32. - American Funds - Fundamental Investors CL A | A | Dividend | K | T | | | | | |
| 33. - American Funds - Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 34. - American Funds - New Economy Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Lord Abbett - Short Duration Income Fund | A | Dividend | | | Sold | 12/28/15 | L | A | |
| 36. - Lord Abbet Multi Assett | A | Dividend | | | Sold | 12/28/15 | L | A | |
| 37. - Lord Abbett Short Duration Tax Free | | | M | T | Buy | 12/24/15 | M | | |
| 38. Lexington Women's Investment Club | A | Dividend | K | T | | | | | |
| 39. - 3M Co. | | | | | | | | | |
| 40. - Apple Inc | | | | | | | | | |
| 41. - Abbvie Inc | | | | | Buy (add'l) | 03/25/15 | J | | |
| 42. - Abbott Laboratories | | | | | Sold | 03/25/15 | J | A | |
| 43. - AFLAC Incorporated | | | | | | | | | |
| 44. - Berkshire Hathaway Inc | | | | | | | | | |
| 45. - Chevron Corporation | | | | | | | | | |
| 46. - Dassault Sys | | | | | | | | | |
| 47. - Duke Energy Corp | | | | | | | | | |
| 48. - Google Inc (now Alphabet Inc - Class A) | | | | | Buy (add'l) | 12/07/15 | J | | |
| 49. - Google Inc (now Alphabet Inc - Class C) | | | | | Sold | 12/07/15 | J | A | |
| 50. - HCP, Inc | | | | | | | | | |
| 51. - Johnson & Johnson | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Old Dominion Freight Line, Inc | | | | | | | | | |
| 53. - Pepsico, Inc | | | | | | | | | |
| 54. - Proctor & Gamble Company | | | | | | | | | |
| 55. - Southwestern Energy Co | | | | | | | | | |
| 56. - Spectra Energy Corp | | | | | | | | | |
| 57. - Verizon Communications, Inc | | | | | | | | | |
| 58. - Visa Inc | | | | | | | | | |
| 59. - Invensense Inc | | | | | | | | | |
| 60. - Schlumberger Limited | | | | | | | | | |
| 61. - VF Corp | | | | | | | | | |
| 62. - Alibaba Group Hldg Ltd | | | | | Sold | 09/30/15 | J | A | |
| 63. - Hatteras Financial Corp | | | | | Buy | 01/28/15 | J | | |
| 64. - Walt Disney Co | | | | | Buy | 02/25/15 | J | | |
| 65. - Allergan PLC | | | | | Buy | 06/24/15 | J | | |
| 66. Merrill Lynch IRA #1 (H) | | | | | | | | | |
| 67. - Blackrock Equity Dividend Fund | A | Dividend | J | T | | | | | |
| 68. - John Hancock Classic Value Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Mainstay Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 70. - Oppenheimer Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 71. - The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 72. - iShares Russell 1000 Value | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 73. - iShares Core US Treasury Bond | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 74. Merrill Lynch IRA #2 (H) | | | | | | | | | |
| 75. - Cash | A | Interest | J | T | | | | | |
| 76. - Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 77. - DJIA LIRN (Issuer BAC) | A | Dividend | K | T | | | | | |
| 78. - American Growth Fund of America CL C | A | Dividend | J | T | | | | | |
| 79. - American Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 80. - American Investment Co of America CL A | A | Dividend | J | T | | | | | |
| 81. - Blackrock Global Allocation Fund Inc C | A | Dividend | K | T | | | | | |
| 82. - Columbia Acorn Fund CL A | A | Dividend | K | T | | | | | |
| 83. - Delaware Small Cap Core Fund CL C | A | Dividend | J | T | | | | | |
| 84. - First Eagle Global Class C | A | Dividend | K | T | | | | | |
| 85. - Franklin Income Fund CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Lord Abbett Short Duration Income Fund C | A | Dividend | J | T | | | | | |
| 87.  - MFS Emerging Markets Debt Fund CL C | A | Dividend | J | T | | | | | |
| 88.  - Putnam Equity Income Fund CL A | A | Dividend | K | T | | | | | |
| 89.  - Lord Abbett Multi Asset Income Fund C | A | Dividend | J | T | | | | | |
| 90.  Merrill Lynch IRA #3 (H) | | | | | | | | | |
| 91.  - Blackrock Equity Dividend Fund | A | Dividend | J | T | | | | | |
| 92.  - Dreyfus Appreciation Fund (Y) | | | | | | | | | |
| 93.  - John Hancock Classic Value Fund CL I (Y) | | | | | | | | | |
| 94.  - Mainstay Large Cap Growth Fund CL I | A | Dividend | J | T | | | | | |
| 95.  - MFS Reasearch Bond Fund (Y) | | | | | | | | | |
| 96.  - Oppenheimer Risiing Dividends Fund CL Y | A | Dividend | J | T | | | | | |
| 97.  - The Oakmont International Fund | A | Dividend | J | T | | | | | |
| 98.  - Pimco Total Return Fund (Y) | | | | | | | | | |
| 99.  - iShares Russell 1000 Value | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 100.  - iShares Core US Treasury Bond | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 101.  - John Hancock Disciplined Value Fund | A | Dividend | J | T | Buy | 06/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 06/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments) - On the financial disclosure in 2014 there were two Merrill Lynch Investment accounts. During 2015, these two accounts were rolled together into a single Merrill Lynch account. All the securities and funds from both accounts in 2014 are now listed together under the single account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norwood C. Tilley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544